**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                               §    Case No. 14-00497
                                     §
ASHOUR HARETOUN                      §
                                     §
                                     §
              Debtor                 §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/08/2014. The undersigned trustee was appointed on 01/08/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $20,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $17.13 |
    | Bank service fees | $228.73 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $19,754.14 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/11/2014 and the deadline for filing government claims was 08/11/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.50, for total expenses of $4.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2014        By:    /s/ David P. Leibowitz
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-00497-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HARETOUN, ASHOUR | Date Filed (f) or Converted (c): | 01/08/2014 (f) |
| For the Period Ending: | 11/13/2014 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 08/11/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 1 | Tenants by the entirety interest with spouse in homestead property located at: 8349 W. Kay, Niles IL 60714. | $307,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1/2 interest with spouse in Townhome located at: 7735 Nordica, Unit F, Niles, IL 60714 | $67,500.00 | $0.00 | | $20,000.00 | FA |
| 3 | Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 4 | Misc. Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Term life insurance with State Farm; wife is the beneficiary | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Pension with former employer, which supplies monthly benefits at age 60 | $0.00 | Unknown | | $0.00 | FA |
| 8 | Anticipated 2013 income tax refund based upon wife's earnings and joint income tax return filing by debtor and spouse. Debtor did not have reportable earnings for calendar year 2013. | $0.00 | Unknown | | $0.00 | FA |
| 9 | 2004 Subaru Outback approx. 125,000 miles title in debtor's name and spouse | $2,250.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                   **Gross Value of Remaining Assets**

                         $377,500.00          $0.00                                        $20,000.00           $0.00

**Major Activities affecting case closing:**

| 11/11/2014 | Prepare TFR for Trustee's Review |
|---|---|
| 10/22/2014 | Prepared report of sale to be filed. |
| 10/15/2014 | Prepare and file report of sale |
| 04/17/2014 | Order Granting Motion to Use Sell or Lease Property 363(b) |
| 03/25/2014 | Funds in the amount of $20,000 received. |

**Initial Projected Date Of Final Report (TFR):** 06/25/2015          /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):** 01/15/2015          DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-00497-JPC | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | HARETOUN, ASHOUR | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6666 | | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/8/2014 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/13/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2014 | (2) | Niki Laskaris | Equity payment on Townhouse | 1110-000 | $20,000.00 | | $20,000.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.20 | $19,994.80 |
| 04/07/2014 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $17.13 | $19,977.67 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $31.21 | $19,946.46 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $33.22 | $19,913.24 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $30.06 | $19,883.18 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $32.08 | $19,851.10 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $33.06 | $19,818.04 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $29.91 | $19,788.13 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $33.99 | $19,754.14 |
| | | | **TOTALS:** | | $20,000.00 | $245.86 | $19,754.14 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,000.00 | $245.86 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,000.00 | $245.86 | |

| For the period of 1/8/2014 to 11/13/2014 | | For the entire history of the account between 03/25/2014 to 11/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $245.86 | Total Compensable Disbursements: | $245.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $245.86 | Total Comp/Non Comp Disbursements: | $245.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 14-00497 Doc 32 Filed 01/16/15 Entered 01/16/15 15:54:00 Desc Main
Document Page 5 of 11

Page No: 2
FORM 2
Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-00497-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HARETOUN, ASHOUR | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6666 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/8/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,000.00 | $245.86 | $19,754.14 |

**For the period of 1/8/2014 to 11/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $245.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $245.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/08/2014 to 11/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $245.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $245.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 14-00497-JPC | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | HARETOUN, ASHOUR | | | | | | | | Date: 11/13/2014 |
| Claims Bar Date: | 08/11/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $4.50 | $0.00 | $0.00 | $0.00 | $4.50 |
| | LAKELAW  420 W. Clayton Street  Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,667.50 | $0.00 | $0.00 | $0.00 | $2,667.50 |
| | LAKELAW  420 W. Clayton Street  Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $22.56 | $0.00 | $0.00 | $0.00 | $22.56 |
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $2,750.00 | $0.00 | $0.00 | $0.00 | $2,750.00 |
| 1 | DISCOVER BANK  DB Servicing Corporation  PO Box 3025  New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $13,649.26 | $0.00 | $0.00 | $0.00 | $13,649.26 |
| 2 | COMMERCE BANK  P O BOX 419248  KCREC-10  Kansas City MO 64141-6248 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $29,543.76 | $0.00 | $0.00 | $0.00 | $29,543.76 |
| 3 | CFS2 INC  2488 E 81st St Ste 500  Tulsa OK 74137 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,181.42 | $0.00 | $0.00 | $0.00 | $11,181.42 |

**CLAIM ANALYSIS REPORT**  Page No: 2
Exhibit C

| **Case No.** | 14-00497-JPC | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | HARETOUN, ASHOUR | | | | | | | | **Date:** 11/13/2014 |

**Claims Bar Date:** 08/11/2014

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ASSET ACCEPTANCE LLC ASSIGNEE FIFTH THIRD BANK<br>Midland Credit Management, Inc. as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $18,779.16 | $0.00 | $0.00 | $0.00 | $18,779.16 |
| **Claim Notes:** | (4-1) 11-3136951 | | | | | | | | |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,099.08 | $0.00 | $0.00 | $0.00 | $11,099.08 |
| **Claim Notes:** | (5-1) CREDIT CARD DEBT | | | | | | | | |
| | | | | | $89,697.24 | $0.00 | $0.00 | $0.00 | $89,697.24 |

**CLAIM ANALYSIS REPORT**  Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-00497-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | HARETOUN, ASHOUR | **Date:** 11/13/2014 |
| **Claims Bar Date:** | 08/11/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trustee Firm) | $22.56 | $22.56 | $0.00 | $0.00 | $0.00 | $22.56 |
| Attorney for Trustee Fees (Trustee Firm) | $2,667.50 | $2,667.50 | $0.00 | $0.00 | $0.00 | $2,667.50 |
| General Unsecured § 726(a)(2) | $18,779.16 | $18,779.16 | $0.00 | $0.00 | $0.00 | $18,779.16 |
| Payments to Unsecured Credit Card Holders | $65,473.52 | $65,473.52 | $0.00 | $0.00 | $0.00 | $65,473.52 |
| Trustee Compensation | $2,750.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $2,750.00 |
| Trustee Expenses | $4.50 | $4.50 | $0.00 | $0.00 | $0.00 | $4.50 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       14-00497
Case Name:      ASHOUR HARETOUN
Trustee Name:   David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $19,754.14 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $19,754.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,750.00 | $0.00 | $2,750.00 |
| David P. Leibowitz, Trustee Expenses | $4.50 | $0.00 | $4.50 |
| Lakelaw, Attorney for Trustee Fees | $2,667.50 | $0.00 | $2,667.50 |
| Lakelaw, Attorney for Trustee Expenses | $22.56 | $0.00 | $22.56 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $5,444.56 |
| Remaining balance: | $14,309.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $14,309.58 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $14,309.58 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,252.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $13,649.26 | $0.00 | $2,318.20 |
| 2 | Commerce Bank | $29,543.76 | $0.00 | $5,017.75 |
| 3 | Cfs2 Inc | $11,181.42 | $0.00 | $1,899.07 |
| 4 | Asset Acceptance LLC assignee Fifth Third Bank | $18,779.16 | $0.00 | $3,189.48 |
| 5 | American Express Centurion Bank | $11,099.08 | $0.00 | $1,885.08 |

Total to be paid to timely general unsecured claims: $14,309.58
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**