# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-00497 |
| | § | |
| ASHOUR HARETOUN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 02/26/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/19/2015        By:  /s/ David P. Leibowitz
                                     Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00497 |
| | § | |
| ASHOUR HARETOUN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $20,000.00
*and approved disbursements of*      $245.86
*leaving a balance on hand of[1]:*      $19,754.14

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $19,754.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,750.00 | $0.00 | $2,750.00 |
| David P. Leibowitz, Trustee Expenses | $4.50 | $0.00 | $4.50 |
| Lakelaw, Attorney for Trustee Fees | $2,667.50 | $0.00 | $2,667.50 |
| Lakelaw, Attorney for Trustee Expenses | $22.56 | $0.00 | $22.56 |

Total to be paid for chapter 7 administrative expenses:     $5,444.56
Remaining balance:     $14,309.58

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $14,309.58

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $14,309.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,252.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $13,649.26 | $0.00 | $2,318.20 |
| 2 | Commerce Bank | $29,543.76 | $0.00 | $5,017.75 |
| 3 | Cfs2 Inc | $11,181.42 | $0.00 | $1,899.07 |
| 4 | Asset Acceptance LLC assignee Fifth Third Bank | $18,779.16 | $0.00 | $3,189.48 |
| 5 | American Express Centurion Bank | $11,099.08 | $0.00 | $1,885.08 |

Total to be paid to timely general unsecured claims: $14,309.58
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-00497-JPC
Ashour Haretoun                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: gbeemster           Page 1 of 2           Date Rcvd: Jan 20, 2015
                             Form ID: pdf006           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2015.
```
db           +Ashour Haretoun,    8349 W. Kay,    Niles, IL 60714-1018
21399333     +ATG Credit,    POB 14895,    Chicago, IL 60614-8542
21399330     +Advocate Lutheran General Hospital,    POB 4249,    Carol Stream, IL 60197-4249
22255590      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21399331     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
21399334    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
21399335     +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive,    Ste. 400,
               Chicago, IL 60606-4440
21399336     +Blitt and Gaines, P.C.,    661 Glenn Ave.,    Wheeling, IL 60090-6017
21399339      Cb/Vlctyfr,    Po Box 182273 Attn: Customer Service,    Columbus, OH 43218-2273
21399343     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21399342     +Chase,    Po Box 24696,    Columbus, OH 43224-0696
21399344     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21399347     +DSNB,    POB 717,    Getzville, NY 14068-0717
21399348     +FBCS Services,    2200 Byberry Road,    Ste.120,    Fort Washington, PA 19048-0001
21399349     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
21399350     #+Fulton Friedman & Gullace, LLP,    5 East Van Buren,    Ste. 214,    Joliet, IL 60432-4224
21399351     +Harris & Harris,    111 W. Jackson,    Ste. 400,    Chicago, IL 60604-4135
21399352     +Harris & Harris Ltd,    111 W Jackson Blvd S-400,    Chicago, IL 60604-4135
21399353     +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
21399354     +Law Office of Keith Shindler,    1040 S. Milwaukee Ave.,    Ste. 210,   Wheeling, IL 60090-4211
21399355     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
21399357     +Niagara Credit Solutions,    420 Lawrence Bell Dr.,    Ste. 2,    Buffalo, NY 14221-8820
21399358     +Northshore University HealthSystem,    23056 Network Place,    Chicago, IL 60673-1230
21399359     +Plaza Recovery,    POB 722218,    Houston, TX 77272-2218
21399360     +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
21399361     +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
21399362     +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21399363     +The Shindler Law Firm,    1990 E. Algonquin Road,    Ste. 180,    Schaumburg, IL 60173-4164
21399364    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)
21399365     +Van Ru Credit Corporation,    1350 E. Touhy Ave.,    Ste.100E,    Des Plaines, IL 60018-3337
21399366     +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22167998     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 21 2015 02:12:21
               Asset Acceptance LLC assignee Fifth Third Bank,    Midland Credit Management, Inc.,
               as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
21399332     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 21 2015 02:12:21         Asset Acceptance Llc,
               Po Box 1630,    Warren, MI 48090-1630
21399338      E-mail/Text: bankruptcy@cavps.com Jan 21 2015 02:13:28         Cavalry Portfolio Services,
               POB 27288,    Tempe, AZ 85285
21399340     +E-mail/Text: bankruptcynotices@cfstwo.com Jan 21 2015 02:13:29         CFS II,   2488 E. 81 Street,
               Ste. 500,    Tulsa, OK 74137-4214
21399337     +E-mail/Text: cms-bk@cms-collect.com Jan 21 2015 02:11:55         Capital Management Services,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
21399341     +E-mail/Text: bankruptcynotices@cfstwo.com Jan 21 2015 02:13:29         Cfs2 Inc,
               2488 E 81st St Ste 500,    Tulsa, OK 74137-4214
21944778      E-mail/Text: bankruptcy@commercebank.com Jan 21 2015 02:12:28         Commerce Bank,
               P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
21399345     +E-mail/Text: bankruptcy@commercebank.com Jan 21 2015 02:12:28         Commerce Bk,   Po Box 411036,
               Kansas City, MO 64141-1036
21928143      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 21 2015 02:16:40         Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21399346     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 21 2015 02:16:40         Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
21399356     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 21 2015 02:12:29         Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21399367     +E-mail/Text: BKRMailOps@weltman.com Jan 21 2015 02:12:43         Weltman Weinberg and Reis,
               180 N. LaSalle Street, #2400,    Chicago, IL 60601-2704
                                                                                               TOTAL: 12
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: gbeemster           Page 2 of 2           Date Rcvd: Jan 20, 2015
                              Form ID: pdf006           Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2015 at the address(es) listed below:

```
          Constantine Dean Matsas    on behalf of Debtor Ashour   Haretoun cdmatsas@matsaslaw.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jose G Moreno    on behalf of Creditor    JPMorgan Chase Bank, National Association
           nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 5
```