**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00497 |
| | § | |
| ASHOUR HARETOUN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $241,514.00 | Assets Exempt: | $68,486.00 |
| Total Distributions to Claimants: | $14,309.58 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $5,690.42 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,690.42 | $5,690.42 | $5,690.42 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $168,485.00 | $84,252.68 | $84,252.68 | $14,309.58 |
| **Total Disbursements** | $168,485.00 | $89,943.10 | $89,943.10 | $20,000.00 |

4). This case was originally filed under chapter 7 on 01/08/2014. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/03/2015           By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1/2 interest with spouse in Townhome located at: 7735 Nordica, Unit F, Niles, IL 60714 | 1110-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE


**EXHIBIT 3 – SECURED CLAIMS**
NONE


**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.50 | $4.50 | $4.50 |
| International Sureties, Ltd | 2300-000 | NA | $17.13 | $17.13 | $17.13 |
| Green Bank | 2600-000 | NA | $228.73 | $228.73 | $228.73 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,667.50 | $2,667.50 | $2,667.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $22.56 | $22.56 | $22.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,690.42 | $5,690.42 | $5,690.42 |


**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $13,649.00 | $13,649.26 | $13,649.26 | $2,318.20 |
| 2 | Commerce Bank | 7100-900 | $17,737.00 | $29,543.76 | $29,543.76 | $5,017.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Cfs2 Inc | 7100-900 | $11,181.00 | $11,181.42 | $11,181.42 | $1,899.07 |
| 4 | Asset Acceptance LLC assignee Fifth Third Bank | 7100-000 | $18,282.00 | $18,779.16 | $18,779.16 | $3,189.48 |
| 5 | American Express Centurion Bank | 7100-900 | $11,099.00 | $11,099.08 | $11,099.08 | $1,885.08 |
| | Advocate Lutheran General Hospital | 7100-000 | $1,438.00 | $0.00 | $0.00 | $0.00 |
| | ATG | 7100-000 | $291.00 | $0.00 | $0.00 | $0.00 |
| | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | $7,954.00 | $0.00 | $0.00 | $0.00 |
| | Blitt and Gaines, P.C. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital Management Services | 7100-000 | $452.00 | $0.00 | $0.00 | $0.00 |
| | Cavalry Portfolio Services | 7100-000 | $2,220.00 | $0.00 | $0.00 | $0.00 |
| | Cb/Vlctyfr | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CFS II | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $23,076.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $23,792.00 | $0.00 | $0.00 | $0.00 |
| | DSNB | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FBCS Services | 7100-000 | $4,571.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 7100-000 | $15,973.00 | $0.00 | $0.00 | $0.00 |
| | Fulton Friedman & Gullace, LLP | 7100-000 | $15,973.00 | $0.00 | $0.00 | $0.00 |
| | Harris & Harris | 7100-000 | $340.00 | $0.00 | $0.00 | $0.00 |
| | Harris & Harris Ltd | 7100-000 | $341.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Collection Se | 7100-000 | $116.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $168,485.00 | $84,252.68 | $84,252.68 | $14,309.58 |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-00497-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HARETOUN, ASHOUR | | **Date Filed (f) or Converted (c):** | 01/08/2014 (f) |
| **For the Period Ending:** | 6/3/2015 | | **§341(a) Meeting Date:** | 02/26/2014 |
| | | | **Claims Bar Date:** | 08/11/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Tenants by the entirety interest with spouse in homestead property located at: 8349 W. Kay, Niles IL 60714. | $307,000.00 | $0.00 | | $0.00 | FA |
| 2  1/2 interest with spouse in Townhome located at: 7735 Nordica, Unit F, Niles, IL 60714 | $67,500.00 | $0.00 | | $20,000.00 | FA |
| 3  Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 4  Misc. Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 5  Misc. wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 6  Term life insurance with State Farm; wife is the beneficiary | $0.00 | $0.00 | | $0.00 | FA |
| 7  Pension with former employer, which supplies monthly benefits at age 60 | $0.00 | Unknown | | $0.00 | FA |
| 8  Anticipated 2013 income tax refund based upon wife's earnings and joint income tax return filing by debtor and spouse. Debtor did not have reportable earnings for calendar year 2013. | $0.00 | Unknown | | $0.00 | FA |
| 9  2004 Subaru Outback approx. 125,000 miles title in debtor's name and spouse | $2,250.00 | $0.00 | | $0.00 | FA |

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $377,500.00 | $0.00 | | $20,000.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/08/2015 | Prepare TDR |
| 03/24/2015 | Prepare TDR |
| 11/11/2014 | Prepare TFR for Trustee's Review |
| 10/22/2014 | Prepared report of sale to be filed. |
| 10/15/2014 | Prepare and file report of sale |
| 04/17/2014 | Order Granting Motion to Use Sell or Lease Property 363(b) |
| 03/25/2014 | Funds in the amount of $20,000 received. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/25/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 | DAVID LEIBOWITZ | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-00497-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HARETOUN, ASHOUR | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6666 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/8/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/3/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2014 | (2) | Niki Laskaris | Equity payment on Townhouse | 1110-000 | $20,000.00 | | $20,000.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.20 | $19,994.80 |
| 04/07/2014 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $17.13 | $19,977.67 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $31.21 | $19,946.46 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $33.22 | $19,913.24 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $30.06 | $19,883.18 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $32.08 | $19,851.10 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $33.06 | $19,818.04 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $29.91 | $19,788.13 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $33.99 | $19,754.14 |
| 02/27/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,750.00 | $17,004.14 |
| 02/27/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.50 | $16,999.64 |
| 02/27/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 22.56; Amount Allowed: 22.56; Distribution Dividend: 100.00; | 3120-000 | | $22.56 | $16,977.08 |
| 02/27/2015 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 2,667.50; Amount Allowed: 2,667.50; Distribution Dividend: 100.00; | 3110-000 | | $2,667.50 | $14,309.58 |
| 02/27/2015 | 3006 | Asset Acceptance LLC assignee Fifth Third Bank | Claim #: 4; Amount Claimed: 18,779.16; Amount Allowed: 18,779.16; Distribution Dividend: 16.98; | 7100-000 | | $3,189.48 | $11,120.10 |
| 02/27/2015 | 3007 | Discover Bank | Claim #: 1; Amount Claimed: 13,649.26; Amount Allowed: 13,649.26; Distribution Dividend: 16.98; | 7100-900 | | $2,318.20 | $8,801.90 |
| 02/27/2015 | 3008 | Commerce Bank | Claim #: 2; Amount Claimed: 29,543.76; Amount Allowed: 29,543.76; Distribution Dividend: 16.98; | 7100-900 | | $5,017.75 | $3,784.15 |
| 02/27/2015 | 3009 | Cfs2 Inc | Claim #: 3; Amount Claimed: 11,181.42; Amount Allowed: 11,181.42; Distribution Dividend: 16.98; | 7100-900 | | $1,899.07 | $1,885.08 |
| 02/27/2015 | 3010 | American Express Centurion Bank | Claim #: 5; Amount Claimed: 11,099.08; Amount Allowed: 11,099.08; Distribution Dividend: 16.98; | 7100-900 | | $1,885.08 | $0.00 |
| | | | | **SUBTOTALS** | $20,000.00 | $20,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 14-00497-JPC | |
| **Case Name:** | HARETOUN, ASHOUR | |
| **Primary Taxpayer ID #:** | **-***6666 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/8/2014 | |
| **For Period Ending:** | 6/3/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******9701 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | |
|---|---|---|
| **TOTALS:** | $20,000.00 | $20,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $20,000.00 | $20,000.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $20,000.00 | $20,000.00 | |

**For the period of 1/8/2014 to 6/3/2015**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/25/2014 to 6/3/2015**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| | |
|---|---|
| **Case No.** | 14-00497-JPC |
| **Case Name:** | HARETOUN, ASHOUR |
| **Primary Taxpayer ID #:** | **-***6666 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/8/2014 |
| **For Period Ending:** | 6/3/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,000.00 | $20,000.00 | $0.00 |

| **For the period of 1/8/2014 to 6/3/2015** | | **For the entire history of the case between 01/08/2014 to 6/3/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $20,000.00 | Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 | Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |